UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 NOV -2 PM 2:05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| UNITED STATES OF AMERICA | : | CASE NO. 1:22CR089 |
| --- | --- | --- |
| v. | : | JUDGE DLOTT |
| | : | SEALED INDICTMENT |
| DARRIN JOHNSON, | : | 18 U.S.C. § 249(a)(1) |
| Defendant. | : | |

**THE GRAND JURY CHARGES:**

**BACKGROUND**

Unless otherwise indicated, at times material to this Indictment:

1. On or about August 17, 2021, Victim-1 was standing on a sidewalk located in Cincinnati, Ohio. Victim-1 is Asian American.

2. **DARRIN JOHNSON**, the defendant, was also on the sidewalk. **JOHNSON** approached Victim-1 while yelling slurs about Victim-1's Asian ethnicity, including blaming Victim-1 for COVID.

3. **JOHNSON** then punched Victim-1 in the face. Victim-1 hit a parked car with his head has he fell. **JOHNSON** continued his attack on Victim-1, who was bleeding on the ground, until bystanders intervened and restrained **JOHNSON**.

4. Victim-1 sustained injuries from the attack, including an orbital contusion, facial lacerations, and acute head injury.

## COUNT ONE
## (Hate Crime)

On or about August 17, 2021, in the Southern District of Ohio, the defendant, **DARRIN JOHNSON**, willfully caused bodily injury to Victim-1 because of the actual or perceived race of Victim-1; to wit, **JOHNSON** punched and kicked Victim-1 because Victim-1 is Asian, causing injuries including an orbital contusion, facial lacerations, and acute head injury.

**All in violation of Title 18, United States Code, Section 249(a)(1).**

A TRUE BILL

/S/
_____
GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
MEGAN GAFFNEY PAINTER
ASSISTANT UNITED STATES ATTORNEY

EG